# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 98-989 |
| Plaintiff, | ) ) | ORDER OF DETENTION |
| vs. | ) ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Juan Quinones-Garcia | ) ) ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist of Cal for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___See PSA report___

1
2
3
4    and/or
5  B. ( ) The defendant has not met his/her burden of establishing by
6    clear and convincing evidence that he/she is not likely to pose
7    a danger to the safety of any other person or the community if
8    released under 18 U.S.C. § 3142(b) or (c). This finding is based
9    on:_____
10   _____
11   _____
12   _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15   the further revocation proceedings.
16
17   Dated: ___6/4/10___
18
19                                          _____
20                                          UNITES STATES MAGISTRATE JUDGE